UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
MidFirst Bank

In Re:

Robbin Lynn Tracy,

Debtor.

Case No.:    19-28377-SLM

Chapter:    13

Hearing Date:    8/24/2022

Judge:    Meisel

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled         ☐ Withdrawn

Matter: Motion for Relief re: 6 Foley Drive (Docket # 42)

_____

Date: 8/17/2022                                     /s/ Denise Carlon
                                                                Signature

*rev.8/1/15*