Form 185 − ntc13plnafter

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  19−28377−SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Robbin Lynn Tracy
  6 Foley Drive
  Newton, NJ 07860

Social Security No.:
  xxx−xx−4046

Employer's Tax I.D. No.:

---

### NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
### AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on January 23, 2020.

On 9/7/2022 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Stacey L. Meisel on:

Date:                October 12, 2022
Time:                 08:30 AM
Location:             Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A,
Newark, NJ 07102

Accordingly, notice is hereby given that,

1.    Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
      a written rejection to the modified plan.

2.    Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
      of a secure claim, such holders acceptance or rejection of the Plan before modification will
      be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
      holders acceptance or rejection of the Plan within the time fixed.

3.    **If, at the confirmation hearing, the Court determines that the plan is not confirmable,
      the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: September 9, 2022
JAN: rh

                                          Jeanne Naughton
                                          Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 19-28377-SLM

Robbin Lynn Tracy                                                                      Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                          User: admin                                      Page 1 of 3

Date Rcvd: Sep 09, 2022                     Form ID: 185                                  Total Noticed: 43

The following symbols are used throughout this certificate:

**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

^               Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robbin Lynn Tracy, 6 Foley Drive, Newton, NJ 07860-6747 |
| cr | + | Home Point Financial Corporation, D Anthony Sottile, Authorized Agent, 394 Wards Corner Road, Suite 180, Loveland, OH 45140-8362 |
| 518481211 | + | 1st Crd Srvc, 377 Hoes Lane, Piscataway, NJ 08854-4138 |
| 518481220 | | Crunch Fitness Stanhope, 110 NJ -183, Stanhope, NJ 07874 |
| 518512286 | + | Home Point Financial Corporation, c/o D. Anthony Sottile, Authorized Agent, 394 Wards Corner Road, Suite 180, Loveland, OH 45140-8362 |
| 518481223 | + | Jason Titsworth, 6 Foley Drive, Newton, NJ 07860-6747 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 09 2022 20:26:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 09 2022 20:26:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 09 2022 20:29:27 | Capital One Auto Finance, Attn AIS Portfolio Services, LP, 4515 N. Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Sep 09 2022 20:29:21 | Orion, c/o PRA Receivables Management LLC, POB 41021, Norfolk, VA 23541-1021 |
| 518481212 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 09 2022 20:25:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 518574153 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Sep 09 2022 20:26:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518481213 | ^ | MEBN | Sep 09 2022 20:21:32 | Capital Bank,n.a., 1 Church St Ste 100, Rockville, MD 20850-4190 |
| 518481214 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Sep 09 2022 20:29:14 | Capital One Auto Finan, Po Box 259407, Plano, TX 75025-9407 |
| 518494201 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 09 2022 20:29:27 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518518701 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 09 2022 20:29:27 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 518552964 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 09 2022 20:29:14 | Capital One Bank (USA), N.A., by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518481215 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 09 2022 20:29:18 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |

User: admin
Date Rcvd: Sep 09, 2022 Form ID: 185 Total Noticed: 43

| ID | Delivery | Time | Recipient |
|---|---|---|---|
| 518481216 | + Email/Text: GenesisFS@ebn.phinsolutions.com | Sep 09 2022 20:27:00 | Cb Indigo/gf, Po Box 4499, Beaverton, OR 97076-4499 |
| 518481218 | + Email/Text: enotifications@santanderconsumerusa.com | Sep 09 2022 20:26:00 | Chrysler Capital, Po Box 961275, Fort Worth, TX 76161-0275 |
| 518481219 | + Email/PDF: creditonebknotifications@resurgent.com | Sep 09 2022 20:29:12 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 518481226 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 09 2022 20:29:14 | Macys/dsnb, Po Box 8218, Mason, OH 45040 |
| 518481217 | Email/Text: BNSFN@capitalsvcs.com | Sep 09 2022 20:25:00 | Ccs/first National Ban, 500 East 60th St North, Sioux Falls, SD 57104 |
| 518481221 | + Email/PDF: ais.fpc.ebn@aisinfo.com | Sep 09 2022 20:29:13 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 518481222 | Email/Text: bankruptcy@homepointfinancial.com | Sep 09 2022 20:25:00 | Home Point Financial C, 11511 Luna Road, Suite 200, Farmers Branch, Texas 75234 |
| 518603422 | Email/Text: bankruptcy@homepointfinancial.com | Sep 09 2022 20:25:00 | Home Point Financial Corporation, 11511 Luna Road, Suite 300, Farmers Branch, TX 75234 |
| 518481224 | + Email/Text: PBNCNotifications@peritusservices.com | Sep 09 2022 20:25:00 | Kohls/capone, Po Box 3115, Milwaukee, WI 53201-3115 |
| 518602324 | Email/PDF: resurgentbknotifications@resurgent.com | Sep 09 2022 20:29:15 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518481225 | + Email/Text: Documentfiling@lciinc.com | Sep 09 2022 20:25:00 | Lending Club Corp, 595 Market Street, San Francisco, CA 94105-2802 |
| 518563594 | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 09 2022 20:29:18 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518481227 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 09 2022 20:29:11 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 519239365 | + Email/PDF: ais.midfirst.ebn@aisinfo.com | Sep 09 2022 20:29:11 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6077, MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 519239364 | + Email/PDF: ais.midfirst.ebn@aisinfo.com | Sep 09 2022 20:29:25 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 518504764 | + Email/PDF: cbp@onemainfinancial.com | Sep 09 2022 20:29:26 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 518481228 | + Email/PDF: cbp@onemainfinancial.com | Sep 09 2022 20:29:17 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 518483421 | + Email/PDF: rmscedi@recoverycorp.com | Sep 09 2022 20:29:14 | Orion, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518573995 | + Email/Text: JCAP_BNC_Notices@jcap.com | Sep 09 2022 20:26:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518710534 | Email/Text: bnc-quantum@quantum3group.com | Sep 09 2022 20:26:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518589678 | Email/Text: bnc-quantum@quantum3group.com | Sep 09 2022 20:26:00 | Quantum3 Group LLC as agent for, Bluestem and SCUSA, PO Box 788, Kirkland, WA 98083-0788 |
| 518710535 | + Email/Text: bnc-quantum@quantum3group.com | Sep 09 2022 20:26:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788, Quantum3 Group LLC as agent for, Sadino Funding LLC 98083-0788 |
| 518579861 | Email/Text: bnc-quantum@quantum3group.com | Sep 09 2022 20:26:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |

District/off: 0312-2 | User: admin | Page 3 of 3
Date Rcvd: Sep 09, 2022 | Form ID: 185 | Total Noticed: 43

| | | | | |
|---|---|---|---|---|
| 518511923 | + | Email/Text: enotifications@santanderconsumerusa.com | | |
| | | | Sep 09 2022 20:26:00 | Santander Consumer USA, Inc., d/b/a Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 518481229 | + | Email/Text: bnc-bluestem@quantum3group.com | | |
| | | | Sep 09 2022 20:26:00 | Webbank/fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 37

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2022          Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C. Nicholas | on behalf of Creditor MIDFIRST BANK bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Dean G. Sutton | on behalf of Debtor Robbin Lynn Tracy dean@deansuttonlaw.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Sindi Mncina | on behalf of Creditor Home Point Financial Corporation smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6