| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>_____<br>Dean G. Sutton, Esq.<br>18 Green Road<br>Post Office Box 187<br>Sparta, New Jersey 07871<br>(973) 729-8121<br>dean@deansuttonlaw.com<br>Attorney for the Debtor | |
| In Re:<br><br>Robin L. Tracy | Case No.:    19-28377<br><br>Chapter:    13<br><br>Adv. Pro. No.<br><br>Hearing Date:    10/12/2022<br><br>Judge:    SLM |

## CERTIFICATION OF SERVICE

1. I, <u>Suzanne L. Towler</u>:

    ❏ represent the _____ in the above captioned matter.

    ☑ am the secretary/paralegal for <u>Dean G. Sutton, Esq.</u>, who represents the <u>debtor</u> in the above captioned matter.

    ❏ am the _____ in the above case and am representing myself.

2. On <u>September 12, 2022,</u> I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    A copy of the required Notice of Chapter 13 Plan Transmittal along with the filed Modified Chapter 13 Plan and proof of value.

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of services indicated.

Dated: <u>09/12/2022</u>                                                  /s/Suzanne L. Towler____
                                                                              Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| One Main Financial<br>PO Box 3251<br>Evansville, IN 47731-3251<br>Attn: Agent Authorized to Accept Service of Process | Creditor | ❏ Hand-delivered<br>■ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other<br>_____<br>(as authorized by the court *) |

 * May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

*rev.8/1/15*