Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                      Case No.: 19−28377−SLM
                      Chapter: 13
                      Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Robbin Lynn Tracy
   6 Foley Drive
   Newton, NJ 07860

Social Security No.:
   xxx−xx−4046

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

     NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on October 12, 2022.

Dated: October 12, 2022
JAN: ntp

                                                   Jeanne Naughton
                                                   Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-28377-SLM |
| Robbin Lynn Tracy | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Oct 12, 2022 | Form ID: plncf13 | Total Noticed: 43 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 14, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robbin Lynn Tracy, 6 Foley Drive, Newton, NJ 07860-6747 |
| cr | + | Home Point Financial Corporation, D Anthony Sottile, Authorized Agent, 394 Wards Corner Road, Suite 180, Loveland, OH 45140-8362 |
| 518481211 | + | 1st Crd Srvc, 377 Hoes Lane, Piscataway, NJ 08854-4138 |
| 518481220 | | Crunch Fitness Stanhope, 110 NJ -183, Stanhope, NJ 07874 |
| 518512286 | + | Home Point Financial Corporation, c/o D. Anthony Sottile, Authorized Agent, 394 Wards Corner Road, Suite 180, Loveland, OH 45140-8362 |
| 518481223 | + | Jason Titsworth, 6 Foley Drive, Newton, NJ 07860-6747 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 12 2022 21:22:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 12 2022 21:22:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 12 2022 21:28:27 | Capital One Auto Finance, Attn AIS Portfolio Services, LP, 4515 N. Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Oct 12 2022 21:28:12 | Orion, c/o PRA Receivables Management LLC, POB 41021, Norfolk, VA 23541-1021 |
| 518481212 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 12 2022 21:21:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 518574153 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Oct 12 2022 21:22:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518481213 | ^ | MEBN | Oct 12 2022 21:21:02 | Capital Bank,n.a., 1 Church St Ste 100, Rockville, MD 20850-4190 |
| 518481214 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Oct 12 2022 21:28:28 | Capital One Auto Finan, Po Box 259407, Plano, TX 75025-9407 |
| 518494201 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 12 2022 21:28:27 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518518701 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 12 2022 21:28:11 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 518552964 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 12 2022 21:28:28 | Capital One Bank (USA), N.A., by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518481215 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 12 2022 21:28:24 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |

Case 19-28377-SLM    Doc 55    Filed 10/14/22    Entered 10/15/22 00:18:08    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 12, 2022 | Form ID: plncf13 | Total Noticed: 43 |

| | | | | |
|---|---|---|---|---|
| 518481216 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Oct 12 2022 21:23:00 | Cb Indigo/gf, Po Box 4499, Beaverton, OR 97076-4499 |
| 518481218 | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 12 2022 21:23:00 | Chrysler Capital, Po Box 961275, Fort Worth, TX 76161-0275 |
| 518481219 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 12 2022 21:28:25 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 518481226 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 12 2022 21:28:26 | Macys/dsnb, Po Box 8218, Mason, OH 45040 |
| 518481217 | | Email/Text: BNSFN@capitalsvcs.com | Oct 12 2022 21:22:00 | Ccs/first National Ban, 500 East 60th St North, Sioux Falls, SD 57104 |
| 518481221 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Oct 12 2022 21:28:27 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 518481222 | | Email/Text: bankruptcy@homepointfinancial.com | Oct 12 2022 21:22:00 | Home Point Financial C, 11511 Luna Road, Suite 200, Farmers Branch, Texas 75234 |
| 518603422 | | Email/Text: bankruptcy@homepointfinancial.com | Oct 12 2022 21:22:00 | Home Point Financial Corporation, 11511 Luna Road, Suite 300, Farmers Branch, TX 75234 |
| 518481224 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 12 2022 21:22:00 | Kohls/capone, Po Box 3115, Milwaukee, WI 53201-3115 |
| 518602324 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 12 2022 21:27:37 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518481225 | + | Email/Text: Documentfiling@lciinc.com | Oct 12 2022 21:22:00 | Lending Club Corp, 595 Market Street, San Francisco, CA 94105-2802 |
| 518563594 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 12 2022 21:28:22 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518481227 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 12 2022 21:27:17 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 519239365 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Oct 12 2022 21:28:23 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6077, MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 519239364 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Oct 12 2022 21:28:07 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 518504764 | + | Email/PDF: cbp@onemainfinancial.com | Oct 12 2022 21:28:06 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 518481228 | + | Email/PDF: cbp@onemainfinancial.com | Oct 12 2022 21:28:06 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 518483421 | + | Email/PDF: rmscedi@recoverycorp.com | Oct 12 2022 21:27:28 | Orion, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518573995 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 12 2022 21:23:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518710534 | | Email/Text: bnc-quantum@quantum3group.com | Oct 12 2022 21:22:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518589678 | | Email/Text: bnc-quantum@quantum3group.com | Oct 12 2022 21:22:00 | Quantum3 Group LLC as agent for, Bluestem and SCUSA, PO Box 788, Kirkland, WA 98083-0788 |
| 518710535 | + | Email/Text: bnc-quantum@quantum3group.com | Oct 12 2022 21:22:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788, Quantum3 Group LLC as agent for, Sadino Funding LLC 98083-0788 |
| 518579861 | | Email/Text: bnc-quantum@quantum3group.com | Oct 12 2022 21:22:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |

Case 19-28377-SLM   Doc 55   Filed 10/14/22   Entered 10/15/22 00:18:08   Desc Imaged
Certificate of Notice   Page 4 of 4

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 12, 2022 | Form ID: plncf13 | Total Noticed: 43 |

| 518511923 | + Email/Text: enotifications@santanderconsumerusa.com | Oct 12 2022 21:23:00 | Santander Consumer USA, Inc., d/b/a Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |
|---|---|---|---|
| 518481229 | + Email/Text: bnc-bluestem@quantum3group.com | Oct 12 2022 21:23:00 | Webbank/fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 37

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2022        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 12, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C. Nicholas | on behalf of Creditor MIDFIRST BANK bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Dean G. Sutton | on behalf of Debtor Robbin Lynn Tracy dean@deansuttonlaw.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Sindi Mncina | on behalf of Creditor Home Point Financial Corporation smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6