# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT <u>DISTRICT OF NEW JERSEY</u>**

Caption in Compliance with D.N.J.LBR 9004-1
Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Phone:609-250-0700
dcarlon@kmllawgroup.com
MidFirst Bank

CASE NO. 19-28377 SLM
CHAPTER 13
Judge: Stacey L. Meisel

In re:

Robbin Lynn Tracy

## CERTIFICATE RE POST-PETITION PAYMENT HISTORY ON THE NOTE AND MORTGAGE DATED 7/22/2016

I, **Dahliyah Williams** employed as **Vice President** by MidFirst Bank, hereby certifies the following information:
Recorded on August 15, 2016 in Sussex County, in Book <u>9422</u>, at Page <u>89</u>.
Property Address: <u>6 Foley Drive, Newton NJ 07860.</u>

Mortgage Holder: <u>MidFirst Bank</u>

Mortgagor(s)/ Debtor(s): <u>Robbin Lynn Tracy</u>

POST-PETITION PAYMENTS (Petition filed on September 27, 2019)

| Amount Due | Date pymt was due | How Pymt was Applied (mo/yr) | Amount Received | Date Pymt Rec'd | Suspense |
|---|---|---|---|---|---|
| colspan="5" Agreed Order Entered 08/19/2022. | - |
| | | To Suspense | $1,300.00 | 09/14/2022 | $1,300.00 |
| | | To Suspense | $2,400.00 | 10/03/2022 | $3,700.00 |
| $2,398.89 | 08/01/2022 | 08/2022 | From Suspense | 10/06/2022 | $1,301.11 |
| $2,398.89 | 09/01/2022 | 09/2022 | $2,500.00 | 11/01/2022 | $1,402.22 |
| | | To Suspense | $2,500.00 | 12/01/2022 | $3,902.22 |
| $2,398.89 | 10/01/2022 | 10/2022 | From Suspense | 12/06/2022 | $1,503.33 |
| $2,494.05 | 11/01/2022 | | $0.00 | | $1,503.33 |
| $2,494.05 | 12/01/2022 | | $0.00 | | $1,503.33 |
| Total Due: $12,184.77 | | Total Received: $8,700.00 | | Arrears:$ 3,484.77 | |

Continue on attached sheets if necessary.

Monthly payments past due: 2 mos. X $2,494.05
Arrears:$ 3,484.77

Each current monthly payment is comprised of:
    Principal & Interest:    $<u>1,315.96</u>
    R.E. Taxes:    $_____
    Insurance:    $_____
    Other:    $<u>1,178.09</u>    (Specify: escrow)

      TOTAL           $2,494.05

If the monthly payment has changed during the pendency of the case, please explain (attach separate sheet(s) if necessary)

NOPC effective 10/1/2020: $2,351.65
NOPC effective 11/1/2021: $2,398.89
NOPC effective 11/1/2022: $2,494.05

PRE-PETITION ARREARS: $6,627.37

I certify under penalty of perjury that the foregoing is true and correct.

Dated: 01/11/2023

Signature

Dahliyah Williams
Vice President