DEAN G. SUTTON, ESQ.
18 GREEN RD
PO BOX 187
SPARTA, NJ 07871

Re: ROBBIN LYNN TRACY
6 FOLEY DRIVE
NEWTON, NJ 07860

Atty: DEAN G. SUTTON, ESQ.
18 GREEN RD
PO BOX 187
SPARTA, NJ 07871

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/13/2023**
Chapter 13 Case # 19-28377

### RECEIPTS AS OF 01/13/2023    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 10/22/2019 | $700.00 | 6269643000 | 11/21/2019 | $700.00 | 6344734000 |
| 12/30/2019 | $700.00 | 6433388000 | 01/27/2020 | $700.00 | 6505434000 |
| 02/26/2020 | $700.00 | 6587644000 | 03/30/2020 | $700.00 | 6667507000 |
| 05/01/2020 | $700.00 | 6751887000 | 06/01/2020 | $700.00 | 6825769000 |
| 07/13/2020 | $700.00 | 6933224000 | 08/10/2020 | $700.00 | 7002699000 |
| 09/28/2020 | $700.00 | 7111497000 | 11/02/2020 | $700.00 | 7195683000 |
| 11/30/2020 | $700.00 | 7267424000 | 12/29/2020 | $700.00 | 7335286000 |
| 01/08/2021 | $700.00 | 7366078000 | 02/25/2021 | $700.00 | 7473087000 |
| 03/23/2021 | $700.00 | 7545496000 | 04/29/2021 | $700.00 | 7630058000 |
| 06/02/2021 | $700.00 | 7702399000 | 06/28/2021 | $700.00 | 7771055000 |
| 07/28/2021 | $700.00 | 7837460000 | 09/07/2021 | $700.00 | 7927712000 |
| 10/06/2021 | $700.00 | 7998737000 | 10/07/2021 | $1,400.00 | 8000773000 |
| 11/04/2021 | $700.00 | 8061976000 | 11/29/2021 | $700.00 | 8106601000 |
| 01/03/2022 | $700.00 | 8177669000 | 02/07/2022 | $700.00 | 8259082000 |
| 03/07/2022 | $700.00 | 8321618000 | 04/15/2022 | $700.00 | 8404887000 |
| 05/16/2022 | $700.00 | 8469639000 | 07/05/2022 | $700.00 | 8565780000 |
| 07/22/2022 | $700.00 | 8601772000 | 08/25/2022 | $700.00 | 8667030000 |
| 10/03/2022 | $700.00 | 8738501000 | 10/03/2022 | $185.00 | 8738509000 |
| 10/31/2022 | $885.00 | 8793290000 | 11/28/2022 | $885.00 | 8842832000 |
| 12/30/2022 | $885.00 | 8908668000 | | | |

**Total Receipts: $28,040.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $28,040.00**

### LIST OF PAYMENTS TO CLAIMS AS OF 01/13/2023    (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| BANK OF AMERICA | | | | | | | |
| | 11/17/2021 | $14.58 | 880,833 | | 12/13/2021 | $18.03 | 882,469 |
| | 01/10/2022 | $18.01 | 884,125 | | 02/14/2022 | $18.03 | 885,809 |
| | 03/14/2022 | $18.02 | 887,520 | | 04/18/2022 | $18.31 | 889,221 |
| | 05/16/2022 | $18.30 | 890,932 | | 06/20/2022 | $18.31 | 892,618 |

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| | 08/15/2022 | $18.31 | 895,916 | | | | |
| **CAPITAL ONE AUTO FINANCE** | | | | | | | |
| | 05/18/2020 | $43.98 | 848,818 | | 06/15/2020 | $37.87 | 850,504 |
| | 07/20/2020 | $38.92 | 852,297 | | 08/17/2020 | $38.93 | 854,163 |
| | 09/21/2020 | $38.92 | 855,978 | | 11/16/2020 | $38.93 | 859,657 |
| | 12/21/2020 | $38.92 | 861,474 | | 01/11/2021 | $38.93 | 863,263 |
| | 02/22/2021 | $77.85 | 864,939 | | 04/19/2021 | $38.92 | 868,473 |
| | 05/17/2021 | $55.90 | 870,374 | | 06/21/2021 | $36.60 | 872,181 |
| | 07/19/2021 | $37.20 | 873,980 | | 08/16/2021 | $37.20 | 875,660 |
| | 09/20/2021 | $37.20 | 877,392 | | 10/18/2021 | $37.20 | 879,172 |
| | 11/17/2021 | $82.37 | 880,879 | | | | |
| **CAPITAL ONE BANK (USA) NA** | | | | | | | |
| | 11/17/2021 | $21.47 | 880,885 | | 12/13/2021 | $26.53 | 882,521 |
| | 01/10/2022 | $26.53 | 884,176 | | 02/14/2022 | $26.54 | 885,866 |
| | 03/14/2022 | $26.54 | 887,572 | | 04/18/2022 | $26.95 | 889,282 |
| | 05/16/2022 | $26.96 | 890,984 | | 06/20/2022 | $26.94 | 892,672 |
| | 08/15/2022 | $26.96 | 895,968 | | | | |
| **CAPITAL ONE BANK (USA), N.A.** | | | | | | | |
| | 11/17/2021 | $28.50 | 880,887 | | 12/13/2021 | $35.23 | 882,523 |
| | 01/10/2022 | $35.23 | 884,178 | | 02/14/2022 | $35.23 | 885,868 |
| | 03/14/2022 | $35.23 | 887,574 | | 04/18/2022 | $35.79 | 889,284 |
| | 05/16/2022 | $35.79 | 890,986 | | 06/20/2022 | $35.77 | 892,674 |
| | 08/15/2022 | $35.79 | 895,970 | | | | |
| **HOME POINT FINANCIAL CORPORATION** | | | | | | | |
| | 04/20/2020 | $35.84 | 846,555 | | 05/18/2020 | $349.79 | 848,501 |
| | 06/15/2020 | $332.08 | 850,181 | | 07/20/2020 | $341.30 | 851,945 |
| | 08/17/2020 | $341.30 | 853,826 | | 09/21/2020 | $341.30 | 855,598 |
| | 11/16/2020 | $341.31 | 859,303 | | 12/21/2020 | $341.30 | 861,082 |
| | 01/11/2021 | $341.30 | 862,945 | | 02/22/2021 | $682.60 | 864,516 |
| | 04/19/2021 | $341.30 | 868,043 | | 05/12/2021 | ($341.30) | 868,043 |
| | 05/17/2021 | $549.08 | 869,990 | | | | |
| **JEFFERSON CAPITAL SYSTEMS LLC** | | | | | | | |
| | 11/17/2021 | $18.24 | 8,002,530 | | 11/17/2021 | $17.85 | 8,002,530 |
| | 12/13/2021 | $22.55 | 8,002,584 | | 12/13/2021 | $22.07 | 8,002,584 |
| | 01/10/2022 | $22.07 | 8,002,634 | | 01/10/2022 | $22.55 | 8,002,634 |
| | 02/14/2022 | $22.07 | 8,002,686 | | 02/14/2022 | $22.55 | 8,002,686 |
| | 03/14/2022 | $22.07 | 8,002,740 | | 03/14/2022 | $22.55 | 8,002,740 |
| | 04/18/2022 | $22.90 | 8,002,791 | | 04/18/2022 | $22.41 | 8,002,791 |
| | 05/16/2022 | $22.91 | 8,002,838 | | 05/16/2022 | $22.42 | 8,002,838 |
| | 06/20/2022 | $22.91 | 8,002,891 | | 06/20/2022 | $22.42 | 8,002,891 |
| | 08/15/2022 | $22.90 | 8,003,001 | | 08/15/2022 | $22.42 | 8,003,001 |
| **LVNV FUNDING LLC** | | | | | | | |
| | 11/17/2021 | $15.08 | 881,183 | | 11/17/2021 | $80.82 | 881,183 |
| | 12/13/2021 | $18.63 | 882,807 | | 12/13/2021 | $99.91 | 882,807 |
| | 01/10/2022 | $99.92 | 884,453 | | 01/10/2022 | $18.65 | 884,453 |
| | 02/14/2022 | $18.64 | 886,162 | | 02/14/2022 | $99.91 | 886,162 |
| | 03/14/2022 | $99.92 | 887,861 | | 03/14/2022 | $18.63 | 887,861 |
| | 04/18/2022 | $18.94 | 889,598 | | 04/18/2022 | $101.49 | 889,598 |
| | 05/16/2022 | $18.93 | 891,284 | | 05/16/2022 | $101.48 | 891,284 |
| | 06/20/2022 | $18.94 | 892,985 | | 06/20/2022 | $101.49 | 892,985 |
| | 08/15/2022 | $101.50 | 896,252 | | 08/15/2022 | $18.93 | 896,252 |
| **MERRICK BANK** | | | | | | | |
| | 11/17/2021 | $29.18 | 881,211 | | 12/13/2021 | $36.08 | 882,830 |
| | 01/10/2022 | $36.07 | 884,478 | | 02/14/2022 | $36.08 | 886,192 |
| | 03/14/2022 | $36.07 | 887,889 | | 04/18/2022 | $36.65 | 889,625 |
| | 05/16/2022 | $36.64 | 891,311 | | 06/20/2022 | $36.65 | 893,016 |
| | 08/15/2022 | $36.64 | 896,275 | | | | |

**Chapter 13 Case # 19-28377**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| MIDFIRST BANK | | | | | | | |
| | 06/21/2021 | $359.55 | 872,008 | | 07/19/2021 | $365.39 | 873,817 |
| | 08/16/2021 | $365.38 | 875,502 | | 09/20/2021 | $365.38 | 877,225 |
| | 10/18/2021 | $365.38 | 879,011 | | 11/17/2021 | $809.09 | 880,706 |
| | 09/19/2022 | $675.50 | 897,359 | | 10/17/2022 | $675.50 | 899,023 |
| | 11/14/2022 | $836.32 | 900,595 | | 12/12/2022 | $836.32 | 902,163 |
| | 01/09/2023 | $836.32 | 903,653 | | | | |
| ONEMAIN | | | | | | | |
| | 04/20/2020 | $21.63 | 846,404 | | 05/18/2020 | $211.12 | 848,369 |
| | 06/15/2020 | $200.43 | 850,050 | | 07/20/2020 | $205.99 | 851,805 |
| | 08/17/2020 | $206.00 | 853,689 | | 09/21/2020 | $205.99 | 855,461 |
| | 11/16/2020 | $205.99 | 859,170 | | 12/21/2020 | $205.99 | 860,940 |
| | 01/11/2021 | $206.00 | 862,831 | | 02/22/2021 | $411.99 | 864,368 |
| | 04/19/2021 | $205.99 | 867,899 | | 05/17/2021 | $295.83 | 869,852 |
| | 06/21/2021 | $193.71 | 871,612 | | 07/19/2021 | $196.86 | 873,469 |
| | 08/16/2021 | $196.86 | 875,153 | | 09/20/2021 | $196.86 | 876,873 |
| | 10/18/2021 | $196.85 | 878,666 | | 11/17/2021 | $253.54 | 880,374 |
| | 11/17/2021 | $435.91 | 880,374 | | 12/13/2021 | $313.42 | 882,027 |
| | 01/10/2022 | $313.43 | 883,668 | | 02/14/2022 | $313.41 | 885,338 |
| | 03/14/2022 | $313.43 | 887,072 | | 04/18/2022 | $318.37 | 888,727 |
| | 05/16/2022 | $318.37 | 890,492 | | 06/20/2022 | $318.38 | 892,149 |
| | 08/15/2022 | $318.37 | 895,476 | | | | |
| QUANTUM3 GROUP LLC | | | | | | | |
| | 11/17/2021 | $7.98 | 8,002,525 | | 12/13/2021 | $9.85 | 8,002,578 |
| | 01/10/2022 | $9.86 | 8,002,630 | | 02/14/2022 | $9.86 | 8,002,680 |
| | 03/14/2022 | $9.86 | 8,002,734 | | 04/18/2022 | $10.01 | 8,002,787 |
| | 05/16/2022 | $10.02 | 8,002,840 | | 06/20/2022 | $10.01 | 8,002,894 |
| | 08/15/2022 | $10.02 | 8,002,995 | | | | |
| QUANTUM3 GROUP LLC AS AGENT FOR | | | | | | | |
| | 11/17/2021 | $50.71 | 881,397 | | 12/13/2021 | $62.70 | 883,030 |
| | 01/10/2022 | $62.69 | 884,677 | | 02/14/2022 | $62.69 | 886,398 |
| | 03/14/2022 | $62.69 | 888,089 | | 04/18/2022 | $63.68 | 889,827 |
| | 05/16/2022 | $63.68 | 891,503 | | 06/20/2022 | $63.69 | 893,219 |
| | 08/15/2022 | $63.67 | 896,464 | | | | |
| SANTANDER CONSUMER USA INC. | | | | | | | |
| | 04/20/2020 | $6.44 | 847,532 | | 05/18/2020 | $62.81 | 849,353 |
| | 06/15/2020 | $59.63 | 851,037 | | 07/20/2020 | $61.28 | 852,884 |
| | 08/17/2020 | $61.28 | 854,722 | | 09/21/2020 | $61.28 | 856,585 |
| | 11/16/2020 | $61.28 | 860,205 | | 12/21/2020 | $61.28 | 862,057 |
| | 01/11/2021 | $61.28 | 863,751 | | 02/22/2021 | $122.57 | 865,580 |
| | 04/19/2021 | $61.28 | 869,099 | | 05/17/2021 | $88.01 | 870,951 |
| | 06/21/2021 | $57.63 | 872,778 | | 07/19/2021 | $58.56 | 874,527 |
| | 08/16/2021 | $58.57 | 876,231 | | 09/20/2021 | $58.56 | 878,008 |
| | 10/18/2021 | $58.57 | 879,739 | | 11/17/2021 | $129.68 | 881,436 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,620.52 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 3,250.00 | 100.00% | 3,250.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | 1ST CRD SRVC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | BANK OF AMERICA | UNSECURED | 533.32 | 100.00% | 159.90 | 373.42 |
| 0004 | CAPITAL BANK,N.A. | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0005 | CAPITAL ONE AUTO FINANCE | VEHICLE SECURE | 755.84 | 100.00% | 755.84 | 0.00 |
| 0006 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 1,042.50 | 100.00% | 312.56 | 729.94 |
| 0007 | QUANTUM3 GROUP LLC | UNSECURED | 291.73 | 100.00% | 87.47 | 204.26 |
| 0008 | CCS/FIRST NATIONAL BAN | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |

**Chapter 13 Case # 19-28377**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0009 | SANTANDER CONSUMER USA INC. | VEHICLE SECURE | 1,189.99 | 100.00% | 1,189.99 | 0.00 |
| 0010 | LVNV FUNDING LLC | UNSECURED | 551.55 | 100.00% | 165.37 | 386.18 |
| 0012 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 653.04 | 100.00% | 195.80 | 457.24 |
| 0013 | MIDFIRST BANK | MORTGAGE ARRE | 6,627.37 | 100.00% | 6,627.37 | 0.00 |
| 0015 | KOHLS/CAPONE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0016 | LVNV FUNDING LLC | UNSECURED | 2,956.54 | 100.00% | 886.44 | 2,070.10 |
| 0017 | MACYS/DSNB | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0018 | MERRICK BANK | UNSECURED | 1,067.51 | 100.00% | 320.06 | 747.45 |
| 0019 | ONEMAIN | VEHICLE SECURE | 4,000.00 | 100.00% | 4,000.00 | 0.00 |
| 0022 | QUANTUM3 GROUP LLC AS AGENT FOR | UNSECURED | 1,855.12 | 100.00% | 556.20 | 1,298.92 |
| 0024 | CAPITAL ONE BANK (USA) NA | UNSECURED | 785.20 | 100.00% | 235.42 | 549.78 |
| 0025 | CAPITAL ONE BANK USA N | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0026 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 667.26 | 100.00% | 200.06 | 467.20 |
| 0027 | ONEMAIN | UNSECURED | 9,274.57 | 100.00% | 2,780.72 | 6,493.85 |
| 0028 | MIDFIRST BANK | (NEW) MTG Agree | 6,532.54 | 100.00% | 3,859.96 | 2,672.58 |

**Total Paid:  $27,203.68**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 15, 2023.

Receipts: $28,040.00    -    Paid to Claims: $22,333.16    -    Admin Costs Paid: $4,870.52    =    Funds on Hand: $836.32

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.