UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Dean G. Sutton, Esq.
18 Green Road
Post Office Box 187
Sparta, New Jersey 07871
(973) 729-8121
dean@deansuttonlaw.com

In Re:

Robbin L. Tracy

Case No.: _____19-28377_____

Judge: _____SLM_____

Chapter: 13

# CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1. ☐ Motion for Relief from the Automatic Stay filed by _____, creditor,

    A hearing has been scheduled for _____, at _____.

    ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

    A hearing has been scheduled for _____, at _____.

    ☒ Certification of Default filed by _____Midfirst Bank_____,

    I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

    ☐ Payments have been made in the amount of $ _____, but have not been accounted for. Documentation in support is attached.

☒ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

I paid my January, 2023 mortgage payment in the amount of $2500.00 on January 6, 2023. Additionally, I have provided my attorney with two bank checks totaling $3,484.00(see attached) I believe these payments will bring my account current through January, 2023.

☐ Other **(explain your answer)**:

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: January 23, 2023                                    /s/Robbin L. Tracy
                                                                         Debtor's Signature

Date: _____                        _____
                                                                         Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*



Adv Pl...- 7849

Conf# AA0Din36K

Jan 9, 2023

Jan 6, 2023
Midland Mortgage Bill
Payment
−$500.00
$1,568.82

Jan 6, 2023
MIDLAND
MORTGAGE Bill
Payment
−$2,000.00
$2,068.82



https://mail.google.com/mail/u/0/?ik=a2a97d56c7&view=pt&search=all&permthid=thread-a%3Ar91291301873082026216&simpl=msg-a%3Ar91307826...  2/4



**BANK OF AMERICA**

Cashier's Check

No. 1927000343

00-53-3364B  06-2019

JEFFERSON  0090053  001

Pay

**Two Thousand Five Hundred and 00/100 Dollars**

To The Order Of    MIDLAND MORTGAGE

Remitter (Purchased By): ROBBIN L TRACY

Bank of America, N.A.
SAN ANTONIO, TX

Void After 90 Days

30-1/1140
NNJ

Date 01/20/23 12:14:50 PM

**$2,500.00**

AUTHORIZED SIGNATURE

THE ORIGINAL DOCUMENT HAS A WHITE REFLECTIVE WATERMARK ON THE BACK.    HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENTS.

---

**BANK OF AMERICA**

Cashier's Check

No. 1927000344

00-53-3364B  06-2019

JEFFERSON  0090053  001

Pay

**Nine Hundred Eighty Four and 00/100 Dollars**

To The Order Of    MIDLAND MORTGAGE

Remitter (Purchased By): ROBBIN L TRACY

Bank of America, N.A.
SAN ANTONIO, TX

Void After 90 Days

30-1/1140
NNJ

Date 01/20/23 12:14:50 PM

**$984.00**

AUTHORIZED SIGNATURE

THE ORIGINAL DOCUMENT HAS A WHITE REFLECTIVE WATERMARK ON THE BACK.    HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENTS.