Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−28377−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Robbin Lynn Tracy
   6 Foley Drive
   Newton, NJ 07860

Social Security No.:
   xxx−xx−4046

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 2/22/23 at 10:00 AM

to consider and act upon the following:

**56** − Creditor's Certification of Default (related document:42 Motion for Relief from Stay re: re:6 Foley Drive, Newton NJ 07860. Fee Amount $ 188. filed by Creditor MIDFIRST BANK, 45 Consent Order filed by Creditor MIDFIRST BANK) filed by Denise E. Carlon on behalf of MIDFIRST BANK. Objection deadline is 01/26/2023. (Attachments: # 1 Exhibit Exhibit A Stipulation # 2 Exhibit Exhibit B PPPH Affidavit # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

**58** − Certification in Opposition to (related document:56 Creditor's Certification of Default (related document:42 Motion for Relief from Stay re: re:6 Foley Drive, Newton NJ 07860. Fee Amount $ 188. filed by Creditor MIDFIRST BANK, 45 Consent Order filed by Creditor MIDFIRST BANK) filed by Denise E. Carlon on behalf of MIDFIRST BANK. Objection deadline is 01/26/2023. (Attachments: # 1 Exhibit Exhibit A Stipulation # 2 Exhibit Exhibit B PPPH Affidavit # 3 Proposed Order # 4 Certificate of Service) filed by Creditor MIDFIRST BANK) filed by Dean G. Sutton on behalf of Robbin Lynn Tracy. (Sutton, Dean)

Dated: 1/24/23

                                          Jeanne Naughton
                                          Clerk, U.S. Bankruptcy Court