Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

_____

Case No.:  19−28377−SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Robbin Lynn Tracy
   6 Foley Drive
   Newton, NJ 07860

Social Security No.:
   xxx−xx−4046

Employer's Tax I.D. No.:

_____

### NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 2/22/23 at 10:00 AM

to consider and act upon the following:

*56* − Creditor's Certification of Default (related document:42 Motion for Relief from Stay re: re:6 Foley Drive, Newton NJ 07860. Fee Amount $ 188. filed by Creditor MIDFIRST BANK, 45 Consent Order filed by Creditor MIDFIRST BANK) filed by Denise E. Carlon on behalf of MIDFIRST BANK. Objection deadline is 01/26/2023. (Attachments: # 1 Exhibit Exhibit A Stipulation # 2 Exhibit Exhibit B PPPH Affidavit # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

*58* − Certification in Opposition to (related document:56 Creditor's Certification of Default (related document:42 Motion for Relief from Stay re: re:6 Foley Drive, Newton NJ 07860. Fee Amount $ 188. filed by Creditor MIDFIRST BANK, 45 Consent Order filed by Creditor MIDFIRST BANK) filed by Denise E. Carlon on behalf of MIDFIRST BANK. Objection deadline is 01/26/2023. (Attachments: # 1 Exhibit Exhibit A Stipulation # 2 Exhibit Exhibit B PPPH Affidavit # 3 Proposed Order # 4 Certificate of Service) filed by Creditor MIDFIRST BANK) filed by Dean G. Sutton on behalf of Robbin Lynn Tracy. (Sutton, Dean)

Dated: 1/24/23

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:                                                                          Case No. 19-28377-SLM

Robbin Lynn Tracy                                                   Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                                  User: admin                                                   Page 1 of 2

Date Rcvd: Jan 24, 2023                      Form ID: ntchrgbk                                          Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2023:**

**Recip ID**         **Recipient Name and Address**
db           +  Robbin Lynn Tracy, 6 Foley Drive, Newton, NJ 07860-6747

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2023             Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2023 at the address(es) listed below:**

**Name**         **Email Address**

Brian C. Nicholas
        on behalf of Creditor MIDFIRST BANK bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com

Dean G. Sutton
        on behalf of Debtor Robbin Lynn Tracy dean@deansuttonlaw.com

Denise E. Carlon
        on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Marie-Ann Greenberg
        magecf@magtrustee.com

Sindi Mncina
        on behalf of Creditor Home Point Financial Corporation smncina@raslg.com

U.S. Trustee
        USTPRegion03.NE.ECF@usdoj.gov

District/off: 0312-2                               User: admin                                    Page 2 of 2
Date Rcvd: Jan 24, 2023                            Form ID: ntchrgbk                            Total Noticed: 1
TOTAL: 6