DEAN G. SUTTON, ESQ.
18 GREEN RD
PO BOX 187
SPARTA, NJ  07871

Re:   ROBBIN LYNN TRACY            Atty:   DEAN G. SUTTON, ESQ.
      6 FOLEY DRIVE                         18 GREEN RD
      NEWTON,  NJ  07860                    PO BOX 187
                                            SPARTA, NJ  07871

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2024
Chapter 13 Case # 19-28377

## RECEIPTS AS OF 01/01/2024    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 10/22/2019 | $700.00 | 6269643000 | 11/21/2019 | $700.00 | 6344734000 |
| 12/30/2019 | $700.00 | 6433388000 | 01/27/2020 | $700.00 | 6505434000 |
| 02/26/2020 | $700.00 | 6587644000 | 03/30/2020 | $700.00 | 6667507000 |
| 05/01/2020 | $700.00 | 6751887000 | 06/01/2020 | $700.00 | 6825769000 |
| 07/13/2020 | $700.00 | 6933224000 | 08/10/2020 | $700.00 | 7002699000 |
| 09/28/2020 | $700.00 | 7111497000 | 11/02/2020 | $700.00 | 7195683000 |
| 11/30/2020 | $700.00 | 7267424000 | 12/29/2020 | $700.00 | 7335286000 |
| 01/08/2021 | $700.00 | 7366078000 | 02/25/2021 | $700.00 | 7473087000 |
| 03/23/2021 | $700.00 | 7545496000 | 04/29/2021 | $700.00 | 7630058000 |
| 06/02/2021 | $700.00 | 7702399000 | 06/28/2021 | $700.00 | 7771055000 |
| 07/28/2021 | $700.00 | 7837460000 | 09/07/2021 | $700.00 | 7927712000 |
| 10/06/2021 | $700.00 | 7998737000 | 10/07/2021 | $1,400.00 | 8000773000 |
| 11/04/2021 | $700.00 | 8061976000 | 11/29/2021 | $700.00 | 8106601000 |
| 01/03/2022 | $700.00 | 8177669000 | 02/07/2022 | $700.00 | 8259082000 |
| 03/07/2022 | $700.00 | 8321618000 | 04/15/2022 | $700.00 | 8404887000 |
| 05/16/2022 | $700.00 | 8469639000 | 07/05/2022 | $700.00 | 8565780000 |
| 07/22/2022 | $700.00 | 8601772000 | 08/25/2022 | $700.00 | 8667030000 |
| 10/03/2022 | $700.00 | 8738501000 | 10/03/2022 | $185.00 | 8738509000 |
| 10/31/2022 | $885.00 | 8793290000 | 11/28/2022 | $885.00 | 8842832000 |
| 12/30/2022 | $885.00 | 8908668000 | 01/31/2023 | $885.00 | 8967563000 |
| 02/21/2023 | $885.00 | 9005367000 | 03/31/2023 | $885.00 | 9082161000 |
| 05/01/2023 | $885.00 | 9134153000 | 05/30/2023 | $885.00 | 9187997000 |
| 07/03/2023 | $885.00 | | 07/31/2023 | $885.00 | |
| 09/01/2023 | $885.00 | 9356822000 | 10/02/2023 | $885.00 | 9402637000 |
| 10/24/2023 | $885.00 | | 11/27/2023 | $885.00 | 9499374000 |
| 12/26/2023 | $885.00 | 9546349000 | | | |

**Total Receipts: $38,660.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $38,660.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2024    (Please Read Across)

**Chapter 13 Case # 19-28377**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| BANK OF AMERICA | | | | | | | |
| | 11/17/2021 | $14.58 | 880,833 | | 12/13/2021 | $18.03 | 882,469 |
| | 01/10/2022 | $18.01 | 884,125 | | 02/14/2022 | $18.03 | 885,809 |
| | 03/14/2022 | $18.02 | 887,520 | | 04/18/2022 | $18.31 | 889,221 |
| | 05/16/2022 | $18.30 | 890,932 | | 06/20/2022 | $18.31 | 892,618 |
| | 08/15/2022 | $18.31 | 895,916 | | 05/15/2023 | $12.82 | 910,154 |
| | 06/12/2023 | $22.42 | 911,619 | | 07/17/2023 | $44.85 | 913,135 |
| | 08/14/2023 | $22.42 | 914,652 | | 10/16/2023 | $22.44 | 917,640 |
| | 11/13/2023 | $44.12 | 919,074 | | | | |
| CAPITAL ONE AUTO FINANCE | | | | | | | |
| | 05/18/2020 | $43.98 | 848,818 | | 06/15/2020 | $37.87 | 850,504 |
| | 07/20/2020 | $38.92 | 852,297 | | 08/17/2020 | $38.93 | 854,163 |
| | 09/21/2020 | $38.92 | 855,978 | | 11/16/2020 | $38.93 | 859,657 |
| | 12/21/2020 | $38.92 | 861,474 | | 01/11/2021 | $38.93 | 863,263 |
| | 02/22/2021 | $77.85 | 864,939 | | 04/19/2021 | $38.92 | 868,473 |
| | 05/17/2021 | $55.90 | 870,374 | | 06/21/2021 | $36.60 | 872,181 |
| | 07/19/2021 | $37.20 | 873,980 | | 08/16/2021 | $37.20 | 875,660 |
| | 09/20/2021 | $37.20 | 877,392 | | 10/18/2021 | $37.20 | 879,172 |
| | 11/17/2021 | $82.37 | 880,879 | | | | |
| CAPITAL ONE BANK (USA) NA | | | | | | | |
| | 11/17/2021 | $21.47 | 880,885 | | 12/13/2021 | $26.53 | 882,521 |
| | 01/10/2022 | $26.53 | 884,176 | | 02/14/2022 | $26.54 | 885,866 |
| | 03/14/2022 | $26.54 | 887,572 | | 04/18/2022 | $26.95 | 889,282 |
| | 05/16/2022 | $26.96 | 890,984 | | 06/20/2022 | $26.94 | 892,672 |
| | 08/15/2022 | $26.96 | 895,968 | | 05/15/2023 | $18.87 | 910,195 |
| | 06/12/2023 | $33.01 | 911,659 | | 07/17/2023 | $66.03 | 913,180 |
| | 08/14/2023 | $33.02 | 914,698 | | 10/16/2023 | $33.03 | 917,676 |
| | 11/13/2023 | $64.96 | 919,114 | | | | |
| CAPITAL ONE BANK (USA), N.A. | | | | | | | |
| | 11/17/2021 | $28.50 | 880,887 | | 12/13/2021 | $35.23 | 882,523 |
| | 01/10/2022 | $35.23 | 884,178 | | 02/14/2022 | $35.23 | 885,868 |
| | 03/14/2022 | $35.23 | 887,574 | | 04/18/2022 | $35.79 | 889,284 |
| | 05/16/2022 | $35.79 | 890,986 | | 06/20/2022 | $35.77 | 892,674 |
| | 08/15/2022 | $35.79 | 895,970 | | 05/15/2023 | $25.04 | 910,198 |
| | 06/12/2023 | $43.84 | 911,662 | | 07/17/2023 | $87.68 | 913,183 |
| | 08/14/2023 | $43.83 | 914,701 | | 10/16/2023 | $43.84 | 917,679 |
| | 11/13/2023 | $86.27 | 919,117 | | | | |
| HOME POINT FINANCIAL CORPORATION | | | | | | | |
| | 04/20/2020 | $35.84 | 846,555 | | 05/18/2020 | $349.79 | 848,501 |
| | 06/15/2020 | $332.08 | 850,181 | | 07/20/2020 | $341.30 | 851,945 |
| | 08/17/2020 | $341.30 | 853,826 | | 09/21/2020 | $341.30 | 855,598 |
| | 11/16/2020 | $341.31 | 859,303 | | 12/21/2020 | $341.30 | 861,082 |
| | 01/11/2021 | $341.30 | 862,945 | | 02/22/2021 | $682.60 | 864,516 |
| | 04/19/2021 | $341.30 | 868,043 | | 05/12/2021 | ($341.30) | 868,043 |
| | 05/17/2021 | $549.08 | 869,990 | | | | |

**Chapter 13 Case # 19-28377**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| JEFFERSON CAPITAL SYSTEMS LLC | | | | | | | |
| | 11/17/2021 | $18.24 | 8,002,530 | | 11/17/2021 | $17.85 | 8,002,530 |
| | 12/13/2021 | $22.55 | 8,002,584 | | 12/13/2021 | $22.07 | 8,002,584 |
| | 01/10/2022 | $22.07 | 8,002,634 | | 01/10/2022 | $22.55 | 8,002,634 |
| | 02/14/2022 | $22.07 | 8,002,686 | | 02/14/2022 | $22.55 | 8,002,686 |
| | 03/14/2022 | $22.55 | 8,002,740 | | 03/14/2022 | $22.07 | 8,002,740 |
| | 04/18/2022 | $22.41 | 8,002,791 | | 04/18/2022 | $22.90 | 8,002,791 |
| | 05/16/2022 | $22.42 | 8,002,838 | | 05/16/2022 | $22.91 | 8,002,838 |
| | 06/20/2022 | $22.91 | 8,002,891 | | 06/20/2022 | $22.42 | 8,002,891 |
| | 08/15/2022 | $22.90 | 8,003,001 | | 08/15/2022 | $22.42 | 8,003,001 |
| | 05/15/2023 | $16.02 | 8,003,477 | | 05/15/2023 | $15.68 | 8,003,477 |
| | 06/12/2023 | $28.07 | 8,003,528 | | 06/12/2023 | $27.46 | 8,003,528 |
| | 07/17/2023 | $56.11 | 8,003,583 | | 07/17/2023 | $54.93 | 8,003,583 |
| | 08/14/2023 | $27.46 | 8,003,640 | | 08/14/2023 | $28.07 | 8,003,640 |
| | 10/16/2023 | $28.05 | 8,003,752 | | 10/16/2023 | $27.45 | 8,003,752 |
| | 11/13/2023 | $55.22 | 8,003,809 | | 11/13/2023 | $54.05 | 8,003,809 |
| LVNV FUNDING LLC | | | | | | | |
| | 11/17/2021 | $15.08 | 881,183 | | 11/17/2021 | $80.82 | 881,183 |
| | 12/13/2021 | $18.63 | 882,807 | | 12/13/2021 | $99.91 | 882,807 |
| | 01/10/2022 | $99.92 | 884,453 | | 01/10/2022 | $18.65 | 884,453 |
| | 02/14/2022 | $18.64 | 886,162 | | 02/14/2022 | $99.91 | 886,162 |
| | 03/14/2022 | $18.63 | 887,861 | | 03/14/2022 | $99.92 | 887,861 |
| | 04/18/2022 | $101.49 | 889,598 | | 04/18/2022 | $18.94 | 889,598 |
| | 05/16/2022 | $18.93 | 891,284 | | 05/16/2022 | $101.48 | 891,284 |
| | 06/20/2022 | $101.49 | 892,985 | | 06/20/2022 | $18.94 | 892,985 |
| | 08/15/2022 | $18.93 | 896,252 | | 08/15/2022 | $101.50 | 896,252 |
| | 05/15/2023 | $71.02 | 910,467 | | 05/15/2023 | $13.24 | 910,467 |
| | 06/12/2023 | $124.33 | 911,947 | | 06/12/2023 | $23.19 | 911,947 |
| | 07/17/2023 | $248.63 | 913,469 | | 07/17/2023 | $46.39 | 913,469 |
| | 08/14/2023 | $23.20 | 914,984 | | 08/14/2023 | $124.33 | 914,984 |
| | 10/16/2023 | $23.19 | 917,954 | | 10/16/2023 | $124.33 | 917,954 |
| | 11/13/2023 | $45.64 | 919,401 | | 11/13/2023 | $244.65 | 919,401 |
| MERRICK BANK | | | | | | | |
| | 11/17/2021 | $29.18 | 881,211 | | 12/13/2021 | $36.08 | 882,830 |
| | 01/10/2022 | $36.07 | 884,478 | | 02/14/2022 | $36.08 | 886,192 |
| | 03/14/2022 | $36.07 | 887,889 | | 04/18/2022 | $36.65 | 889,625 |
| | 05/16/2022 | $36.64 | 891,311 | | 06/20/2022 | $36.65 | 893,016 |
| | 08/15/2022 | $36.64 | 896,275 | | 05/15/2023 | $25.64 | 910,490 |
| | 06/12/2023 | $44.89 | 911,969 | | 07/17/2023 | $89.78 | 913,493 |
| | 08/14/2023 | $44.90 | 915,011 | | 10/16/2023 | $44.88 | 917,981 |
| | 11/13/2023 | $88.34 | 919,428 | | | | |
| MIDFIRST BANK | | | | | | | |
| | 06/21/2021 | $359.55 | 872,008 | | 07/19/2021 | $365.39 | 873,817 |
| | 08/16/2021 | $365.38 | 875,502 | | 09/20/2021 | $365.38 | 877,225 |
| | 10/18/2021 | $365.38 | 879,011 | | 11/17/2021 | $809.09 | 880,706 |
| | 09/19/2022 | $675.50 | 897,359 | | 10/17/2022 | $675.50 | 899,023 |
| | 11/14/2022 | $836.32 | 900,595 | | 12/12/2022 | $836.32 | 902,163 |
| | 01/09/2023 | $836.32 | 903,653 | | 02/13/2023 | $836.32 | 905,156 |
| | 03/13/2023 | $836.32 | 906,776 | | 04/17/2023 | $836.32 | 908,340 |
| | 05/15/2023 | $363.62 | 909,971 | | | | |

**Chapter 13 Case # 19-28377**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| ONEMAIN | | | | | | | |
| | 04/20/2020 | $21.63 | 846,404 | | 05/18/2020 | $211.12 | 848,369 |
| | 06/15/2020 | $200.43 | 850,050 | | 07/20/2020 | $205.99 | 851,805 |
| | 08/17/2020 | $206.00 | 853,689 | | 09/21/2020 | $205.99 | 855,461 |
| | 11/16/2020 | $205.99 | 859,170 | | 12/21/2020 | $205.99 | 860,940 |
| | 01/11/2021 | $206.00 | 862,831 | | 02/22/2021 | $411.99 | 864,368 |
| | 04/19/2021 | $205.99 | 867,899 | | 05/17/2021 | $295.83 | 869,852 |
| | 06/21/2021 | $193.71 | 871,612 | | 07/19/2021 | $196.86 | 873,469 |
| | 08/16/2021 | $196.86 | 875,153 | | 09/20/2021 | $196.86 | 876,873 |
| | 10/18/2021 | $196.85 | 878,666 | | 11/17/2021 | $253.54 | 880,374 |
| | 11/17/2021 | $435.91 | 880,374 | | 12/13/2021 | $313.42 | 882,027 |
| | 01/10/2022 | $313.43 | 883,668 | | 02/14/2022 | $313.41 | 885,338 |
| | 03/14/2022 | $313.43 | 887,072 | | 04/18/2022 | $318.37 | 888,727 |
| | 05/16/2022 | $318.37 | 890,492 | | 06/20/2022 | $318.38 | 892,149 |
| | 08/15/2022 | $318.37 | 895,476 | | 05/15/2023 | $222.79 | 909,751 |
| | 06/12/2023 | $390.00 | 911,202 | | 07/17/2023 | $780.01 | 912,727 |
| | 08/14/2023 | $389.97 | 914,257 | | 10/16/2023 | $390.00 | 917,259 |
| | 11/13/2023 | $767.48 | 918,682 | | | | |
| QUANTUM3 GROUP LLC | | | | | | | |
| | 11/17/2021 | $7.98 | 8,002,525 | | 12/13/2021 | $9.85 | 8,002,578 |
| | 01/10/2022 | $9.86 | 8,002,630 | | 02/14/2022 | $9.86 | 8,002,680 |
| | 03/14/2022 | $9.86 | 8,002,734 | | 04/18/2022 | $10.01 | 8,002,787 |
| | 05/16/2022 | $10.02 | 8,002,840 | | 06/20/2022 | $10.01 | 8,002,894 |
| | 08/15/2022 | $10.02 | 8,002,995 | | 05/15/2023 | $7.01 | 8,003,469 |
| | 05/15/2023 | $44.57 | 8,003,469 | | 06/12/2023 | $78.01 | 8,003,527 |
| | 06/12/2023 | $12.26 | 8,003,527 | | 07/17/2023 | $24.53 | 8,003,578 |
| | 07/17/2023 | $156.01 | 8,003,578 | | 08/14/2023 | $12.28 | 8,003,636 |
| | 08/14/2023 | $78.01 | 8,003,636 | | 10/16/2023 | $12.26 | 8,003,758 |
| | 10/16/2023 | $78.01 | 8,003,758 | | 11/13/2023 | $153.51 | 8,003,807 |
| | 11/13/2023 | $24.15 | 8,003,807 | | | | |
| QUANTUM3 GROUP LLC AS AGENT FOR | | | | | | | |
| | 11/17/2021 | $50.71 | 881,397 | | 12/13/2021 | $62.70 | 883,030 |
| | 01/10/2022 | $62.69 | 884,677 | | 02/14/2022 | $62.69 | 886,398 |
| | 03/14/2022 | $62.69 | 888,089 | | 04/18/2022 | $63.68 | 889,827 |
| | 05/16/2022 | $63.68 | 891,503 | | 06/20/2022 | $63.69 | 893,219 |
| | 08/15/2022 | $63.67 | 896,464 | | | | |
| SANTANDER CONSUMER USA INC. | | | | | | | |
| | 04/20/2020 | $6.44 | 847,532 | | 05/18/2020 | $62.81 | 849,353 |
| | 06/15/2020 | $59.63 | 851,037 | | 07/20/2020 | $61.28 | 852,884 |
| | 08/17/2020 | $61.28 | 854,722 | | 09/21/2020 | $61.28 | 856,585 |
| | 11/16/2020 | $61.28 | 860,205 | | 12/21/2020 | $61.28 | 862,057 |
| | 01/11/2021 | $61.28 | 863,751 | | 02/22/2021 | $122.57 | 865,580 |
| | 04/19/2021 | $61.28 | 869,099 | | 05/17/2021 | $88.01 | 870,951 |
| | 06/21/2021 | $57.63 | 872,778 | | 07/19/2021 | $58.56 | 874,527 |
| | 08/16/2021 | $58.57 | 876,231 | | 09/20/2021 | $58.56 | 878,008 |
| | 10/18/2021 | $58.57 | 879,739 | | 11/17/2021 | $129.68 | 881,436 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 2,337.36 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 3,250.00 | 100.00% | 3,250.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | 1ST CRD SRVC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | BANK OF AMERICA | UNSECURED | 533.32 | 100.00% | 351.04 | 182.28 |
| 0004 | CAPITAL BANK,N.A. | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0005 | CAPITAL ONE AUTO FINANCE | VEHICLE SECURE | 755.84 | 100.00% | 755.84 | 0.00 |
| 0006 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 1,042.50 | 100.00% | 686.20 | 356.30 |

**Chapter 13 Case # 19-28377**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0007 | QUANTUM3 GROUP LLC | UNSECURED | 291.73 | 100.00% | 192.02 | 99.71 |
| 0008 | CCS/FIRST NATIONAL BAN | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0009 | SANTANDER CONSUMER USA INC. | VEHICLE SECURE | 1,189.99 | 100.00% | 1,189.99 | 0.00 |
| 0010 | LVNV FUNDING LLC | UNSECURED | 551.55 | 100.00% | 363.04 | 188.51 |
| 0012 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 653.04 | 100.00% | 429.84 | 223.20 |
| 0013 | MIDFIRST BANK | MORTGAGE ARRE | 6,627.37 | 100.00% | 6,627.37 | 0.00 |
| 0015 | KOHLS/CAPONE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0016 | LVNV FUNDING LLC | UNSECURED | 2,956.54 | 100.00% | 1,946.06 | 1,010.48 |
| 0017 | MACYS/DSNB | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0018 | MERRICK BANK | UNSECURED | 1,067.51 | 100.00% | 702.65 | 364.86 |
| 0019 | ONEMAIN | VEHICLE SECURE | 4,000.00 | 100.00% | 4,000.00 | 0.00 |
| 0022 | QUANTUM3 GROUP LLC | UNSECURED | 1,855.12 | 100.00% | 1,221.08 | 634.04 |
| 0024 | CAPITAL ONE BANK (USA) NA | UNSECURED | 785.20 | 100.00% | 516.84 | 268.36 |
| 0025 | CAPITAL ONE BANK USA N | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0026 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 667.26 | 100.00% | 439.20 | 228.06 |
| 0027 | ONEMAIN | UNSECURED | 9,274.57 | 100.00% | 6,104.72 | 3,169.85 |
| 0028 | MIDFIRST BANK | (NEW) MTG Agree | 6,732.54 | 100.00% | 6,732.54 | 0.00 |

**Total Paid: $37,845.79**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 12, 2024.

Receipts: $38,660.00   -   Paid to Claims: $32,258.43   -   Admin Costs Paid: $5,587.36   =   Funds on Hand: $814.21

**\*\*NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.