Certificate Number: 20476-NJ-DE-038485206

Bankruptcy Case Number: 19-28377



20476-NJ-DE-038485206

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 16, 2024, at 5:28 o'clock AM EDT, Robbin Lynn Tracy completed a course on personal financial management given by internet by Marie-Ann Greenberg, Chapter 13 Standing Trustee, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date: May 16, 2024

By: /s/Scott E Kehiaian

Name: Scott E Kehiaian

Title: TEN Representative