Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF OCTOBER  8, 2024

#### Chapter 13 Case # 19-28377

Re:    ROBBIN LYNN TRACY                                      Atty:   DEAN G. SUTTON, ESQ.
      6 FOLEY DRIVE                                                       57 BUXTON CIRCLE
      NEWTON, NJ  07860                                               MAGNOLIA, DE  19962

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

**RECEIPTS**    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 10/22/2019 | $700.00 | 6269643000 | 11/21/2019 | $700.00 | 6344734000 |
| 12/30/2019 | $700.00 | 6433388000 | 01/27/2020 | $700.00 | 6505434000 |
| 02/26/2020 | $700.00 | 6587644000 | 03/30/2020 | $700.00 | 6667507000 |
| 05/01/2020 | $700.00 | 6751887000 | 06/01/2020 | $700.00 | 6825769000 |
| 07/13/2020 | $700.00 | 6933224000 | 08/10/2020 | $700.00 | 7002699000 |
| 09/28/2020 | $700.00 | 7111497000 | 11/02/2020 | $700.00 | 7195683000 |
| 11/30/2020 | $700.00 | 7267424000 | 12/29/2020 | $700.00 | 7335286000 |
| 01/08/2021 | $700.00 | 7366078000 | 02/25/2021 | $700.00 | 7473087000 |
| 03/23/2021 | $700.00 | 7545496000 | 04/29/2021 | $700.00 | 7630058000 |
| 06/02/2021 | $700.00 | 7702399000 | 06/28/2021 | $700.00 | 7771055000 |
| 07/28/2021 | $700.00 | 7837460000 | 09/07/2021 | $700.00 | 7927712000 |
| 10/06/2021 | $700.00 | 7998737000 | 10/07/2021 | $1,400.00 | 8000773000 |
| 11/04/2021 | $700.00 | 8061976000 | 11/29/2021 | $700.00 | 8106601000 |
| 01/03/2022 | $700.00 | 8177669000 | 02/07/2022 | $700.00 | 8259082000 |
| 03/07/2022 | $700.00 | 8321618000 | 04/15/2022 | $700.00 | 8404887000 |
| 05/16/2022 | $700.00 | 8469639000 | 07/05/2022 | $700.00 | 8565780000 |
| 07/22/2022 | $700.00 | 8601772000 | 08/25/2022 | $700.00 | 8667030000 |
| 10/03/2022 | $700.00 | 8738501000 | 10/03/2022 | $185.00 | 8738509000 |
| 10/31/2022 | $885.00 | 8793290000 | 11/28/2022 | $885.00 | 8842832000 |
| 12/30/2022 | $885.00 | 8908668000 | 01/31/2023 | $885.00 | 8967563000 |
| 02/21/2023 | $885.00 | 9005367000 | 03/31/2023 | $885.00 | 9082161000 |
| 05/01/2023 | $885.00 | 9134153000 | 05/30/2023 | $885.00 | 9187997000 |
| 07/03/2023 | $885.00 |  | 07/31/2023 | $885.00 |  |
| 09/01/2023 | $885.00 | 9356822000 | 10/02/2023 | $885.00 | 9402637000 |
| 10/24/2023 | $885.00 |  | 11/27/2023 | $885.00 | 9499374000 |
| 12/26/2023 | $885.00 | 9546349000 | 01/22/2024 | $885.00 | 9594217000 |
| 02/27/2024 | $885.00 |  | 04/01/2024 | $885.00 | 9705787000 |
| 04/29/2024 | $885.00 | 9752191000 | 05/28/2024 | $885.00 | 9800781000 |
| 06/24/2024 | $885.00 | 9846060000 | 08/01/2024 | $885.00 | 9905687000 |
| 09/03/2024 | $885.00 | 9952707000 |  |  |  |

**Total Receipts: $45,740.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan:  $45,740.00**

**Chapter 13 Case # 19-28377**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 2,850.64 | IN SUMMARY |
| ATTY | ATTORNEY | ADMIN | 3,250.00 | 100.00% | 3,250.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | 1ST CRD SRVC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | BANK OF AMERICA | UNSECURED | 533.32 | 100.00% | 528.29 | 5.03 |
| 0004 | CAPITAL BANK,N.A. | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0005 | CAPITAL ONE AUTO FINANCE | VEHICLE SECURE | 755.84 | 100.00% | 755.84 | 0.00 |
| 0006 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 1,042.50 | 100.00% | 1,032.67 | 9.83 |
| 0007 | QUANTUM3 GROUP LLC | UNSECURED | 291.73 | 100.00% | 288.98 | 2.75 |
| 0008 | CCS/FIRST NATIONAL BAN | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0009 | SANTANDER CONSUMER USA INC. | VEHICLE SECURE | 1,189.99 | 100.00% | 1,189.99 | 0.00 |
| 0010 | LVNV FUNDING LLC | UNSECURED | 551.55 | 100.00% | 546.35 | 5.20 |
| 0012 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 653.04 | 100.00% | 646.89 | 6.15 |
| 0013 | MIDFIRST BANK | MORTGAGE ARR | 6,627.37 | 100.00% | 6,627.37 | 0.00 |
| 0015 | KOHLS/CAPONE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0016 | LVNV FUNDING LLC | UNSECURED | 2,956.54 | 100.00% | 2,928.68 | 27.86 |
| 0017 | MACYS/DSNB | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0018 | MERRICK BANK | UNSECURED | 1,067.51 | 100.00% | 1,057.45 | 10.06 |
| 0019 | ONEMAIN | VEHICLE SECURE | 4,000.00 | 100.00% | 4,000.00 | 0.00 |
| 0022 | QUANTUM3 GROUP LLC | UNSECURED | 1,855.12 | 100.00% | 1,837.63 | 17.49 |
| 0024 | CAPITAL ONE BANK NA | UNSECURED | 785.20 | 100.00% | 777.80 | 7.40 |
| 0025 | CAPITAL ONE BANK USA N | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0026 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 667.26 | 100.00% | 660.97 | 6.29 |
| 0027 | ONEMAIN | UNSECURED | 9,274.57 | 100.00% | 9,187.16 | 87.41 |
| 0028 | MIDFIRST BANK | (NEW) MTG Agree | 6,732.54 | 100.00% | 6,732.54 | 0.00 |

**Total Paid: $44,899.25**
See Summary

## LIST OF PAYMENTS TO CLAIMS   (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| BANK OF AMERICA | | | | | | | |
| | 11/17/2021 | $14.58 | 880833 | | 12/13/2021 | $18.03 | 882469 |
| | 01/10/2022 | $18.01 | 884125 | | 02/14/2022 | $18.03 | 885809 |
| | 03/14/2022 | $18.02 | 887520 | | 04/18/2022 | $18.31 | 889221 |
| | 05/16/2022 | $18.30 | 890932 | | 06/20/2022 | $18.31 | 892618 |
| | 08/15/2022 | $18.31 | 895916 | | 05/15/2023 | $12.82 | 910154 |
| | 06/12/2023 | $22.42 | 911619 | | 07/17/2023 | $44.85 | 913135 |
| | 08/14/2023 | $22.42 | 914652 | | 10/16/2023 | $22.44 | 917640 |
| | 11/13/2023 | $44.12 | 919074 | | 01/08/2024 | $22.07 | 921880 |
| | 02/12/2024 | $22.07 | 923228 | | 03/11/2024 | $44.13 | 924685 |
| | 05/10/2024 | $22.07 | 927591 | | 06/17/2024 | $22.07 | 928993 |
| | 07/15/2024 | $22.06 | 930480 | | 08/19/2024 | $22.07 | 931890 |
| | 09/16/2024 | $22.78 | 933353 | | | | |

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| CAPITAL ONE AUTO FINANCE | | | | | | | |
| | 05/18/2020 | $43.98 | 848818 | | 06/15/2020 | $37.87 | 850504 |
| | 07/20/2020 | $38.92 | 852297 | | 08/17/2020 | $38.93 | 854163 |
| | 09/21/2020 | $38.92 | 855978 | | 11/16/2020 | $38.93 | 859657 |
| | 12/21/2020 | $38.92 | 861474 | | 01/11/2021 | $38.93 | 863263 |
| | 02/22/2021 | $77.85 | 864939 | | 04/19/2021 | $38.92 | 868473 |
| | 05/17/2021 | $55.90 | 870374 | | 06/21/2021 | $36.60 | 872181 |
| | 07/19/2021 | $37.20 | 873980 | | 08/16/2021 | $37.20 | 875660 |
| | 09/20/2021 | $37.20 | 877392 | | 10/18/2021 | $37.20 | 879172 |
| | 11/17/2021 | $82.37 | 880879 | | | | |
| CAPITAL ONE BANK (USA), N.A. | | | | | | | |
| | 11/17/2021 | $28.50 | 880887 | | 12/13/2021 | $35.23 | 882523 |
| | 01/10/2022 | $35.23 | 884178 | | 02/14/2022 | $35.23 | 885868 |
| | 03/14/2022 | $35.23 | 887574 | | 04/18/2022 | $35.79 | 889284 |
| | 05/16/2022 | $35.79 | 890986 | | 06/20/2022 | $35.77 | 892674 |
| | 08/15/2022 | $35.79 | 895970 | | 05/15/2023 | $25.04 | 910198 |
| | 06/12/2023 | $43.84 | 911662 | | 07/17/2023 | $87.68 | 913183 |
| | 08/14/2023 | $43.83 | 914701 | | 10/16/2023 | $43.84 | 917679 |
| | 11/13/2023 | $86.27 | 919117 | | 01/08/2024 | $43.14 | 921917 |
| | 02/12/2024 | $43.12 | 923271 | | 03/11/2024 | $86.27 | 924721 |
| | 05/10/2024 | $43.14 | 927631 | | 06/17/2024 | $43.14 | 929034 |
| | 07/15/2024 | $43.13 | 930518 | | 08/19/2024 | $43.14 | 931933 |
| | 09/16/2024 | $44.53 | 933393 | | | | |
| CAPITAL ONE BANK NA | | | | | | | |
| | 11/17/2021 | $21.47 | 880885 | | 12/13/2021 | $26.53 | 882521 |
| | 01/10/2022 | $26.53 | 884176 | | 02/14/2022 | $26.54 | 885866 |
| | 03/14/2022 | $26.54 | 887572 | | 04/18/2022 | $26.95 | 889282 |
| | 05/16/2022 | $26.96 | 890984 | | 06/20/2022 | $26.94 | 892672 |
| | 08/15/2022 | $26.96 | 895968 | | 05/15/2023 | $18.87 | 910195 |
| | 06/12/2023 | $33.01 | 911659 | | 07/17/2023 | $66.03 | 913180 |
| | 08/14/2023 | $33.02 | 914698 | | 10/16/2023 | $33.03 | 917676 |
| | 11/13/2023 | $64.96 | 919114 | | 01/08/2024 | $32.50 | 921915 |
| | 02/12/2024 | $32.48 | 923268 | | 03/11/2024 | $64.98 | 924718 |
| | 05/10/2024 | $32.49 | 927632 | | 06/17/2024 | $32.48 | 929035 |
| | 07/15/2024 | $32.49 | 930519 | | 08/19/2024 | $32.49 | 931934 |
| | 09/16/2024 | $33.55 | 933394 | | | | |
| HOME POINT FINANCIAL CORPORATION | | | | | | | |
| | 04/20/2020 | $35.84 | 846555 | | 05/18/2020 | $349.79 | 848501 |
| | 06/15/2020 | $332.08 | 850181 | | 07/20/2020 | $341.30 | 851945 |
| | 08/17/2020 | $341.30 | 853826 | | 09/21/2020 | $341.30 | 855598 |
| | 11/16/2020 | $341.31 | 859303 | | 12/21/2020 | $341.30 | 861082 |
| | 01/11/2021 | $341.30 | 862945 | | 02/22/2021 | $682.60 | 864516 |
| | 04/19/2021 | $341.30 | 868043 | | 05/12/2021 | ($341.30) | 868043 |
| | 05/17/2021 | $549.08 | 869990 | | | | |

**Chapter 13 Case # 19-28377**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| JEFFERSON CAPITAL SYSTEMS LLC | | | | | | | |
| | 11/17/2021 | $17.85 | 8002530 | | 11/17/2021 | $18.24 | 8002530 |
| | 12/13/2021 | $22.55 | 8002584 | | 12/13/2021 | $22.07 | 8002584 |
| | 01/10/2022 | $22.07 | 8002634 | | 01/10/2022 | $22.55 | 8002634 |
| | 02/14/2022 | $22.55 | 8002686 | | 02/14/2022 | $22.07 | 8002686 |
| | 03/14/2022 | $22.07 | 8002740 | | 03/14/2022 | $22.55 | 8002740 |
| | 04/18/2022 | $22.90 | 8002791 | | 04/18/2022 | $22.41 | 8002791 |
| | 05/16/2022 | $22.42 | 8002838 | | 05/16/2022 | $22.91 | 8002838 |
| | 06/20/2022 | $22.91 | 8002891 | | 06/20/2022 | $22.42 | 8002891 |
| | 08/15/2022 | $22.42 | 8003001 | | 08/15/2022 | $22.90 | 8003001 |
| | 05/15/2023 | $16.02 | 8003477 | | 05/15/2023 | $15.68 | 8003477 |
| | 06/12/2023 | $27.46 | 8003528 | | 06/12/2023 | $28.07 | 8003528 |
| | 07/17/2023 | $56.11 | 8003583 | | 07/17/2023 | $54.93 | 8003583 |
| | 08/14/2023 | $27.46 | 8003640 | | 08/14/2023 | $28.07 | 8003640 |
| | 10/16/2023 | $28.05 | 8003752 | | 10/16/2023 | $27.45 | 8003752 |
| | 11/13/2023 | $54.05 | 8003809 | | 11/13/2023 | $55.22 | 8003809 |
| | 01/08/2024 | $27.60 | 8003910 | | 01/08/2024 | $27.01 | 8003910 |
| | 02/12/2024 | $27.02 | 8003952 | | 02/12/2024 | $27.61 | 8003952 |
| | 03/11/2024 | $55.22 | 8003994 | | 03/11/2024 | $54.04 | 8003994 |
| | 05/10/2024 | $27.02 | 8004083 | | 05/10/2024 | $27.61 | 8004083 |
| | 06/17/2024 | $27.61 | 8004127 | | 06/17/2024 | $27.03 | 8004127 |
| | 07/15/2024 | $27.02 | 8004172 | | 07/15/2024 | $27.60 | 8004172 |
| | 08/19/2024 | $27.61 | 8004211 | | 08/19/2024 | $27.02 | 8004211 |
| | 09/16/2024 | $27.90 | 8004253 | | 09/16/2024 | $28.51 | 8004253 |
| LVNV FUNDING LLC | | | | | | | |
| | 11/17/2021 | $15.08 | 881183 | | 11/17/2021 | $80.82 | 881183 |
| | 12/13/2021 | $99.91 | 882807 | | 12/13/2021 | $18.63 | 882807 |
| | 01/10/2022 | $18.65 | 884453 | | 01/10/2022 | $99.92 | 884453 |
| | 02/14/2022 | $99.91 | 886162 | | 02/14/2022 | $18.64 | 886162 |
| | 03/14/2022 | $18.63 | 887861 | | 03/14/2022 | $99.92 | 887861 |
| | 04/18/2022 | $101.49 | 889598 | | 04/18/2022 | $18.94 | 889598 |
| | 05/16/2022 | $18.93 | 891284 | | 05/16/2022 | $101.48 | 891284 |
| | 06/20/2022 | $101.49 | 892985 | | 06/20/2022 | $18.94 | 892985 |
| | 08/15/2022 | $18.93 | 896252 | | 08/15/2022 | $101.50 | 896252 |
| | 05/15/2023 | $71.02 | 910467 | | 05/15/2023 | $13.24 | 910467 |
| | 06/12/2023 | $23.19 | 911947 | | 06/12/2023 | $124.33 | 911947 |
| | 07/17/2023 | $248.63 | 913469 | | 07/17/2023 | $46.39 | 913469 |
| | 08/14/2023 | $23.20 | 914984 | | 08/14/2023 | $124.33 | 914984 |
| | 10/16/2023 | $124.33 | 917954 | | 10/16/2023 | $23.19 | 917954 |
| | 11/13/2023 | $45.64 | 919401 | | 11/13/2023 | $244.65 | 919401 |
| | 01/08/2024 | $122.33 | 922185 | | 01/08/2024 | $22.82 | 922185 |
| | 02/12/2024 | $22.83 | 923558 | | 02/12/2024 | $122.32 | 923558 |
| | 03/11/2024 | $244.66 | 924992 | | 03/11/2024 | $45.64 | 924992 |
| | 05/10/2024 | $22.81 | 927894 | | 05/10/2024 | $122.33 | 927894 |
| | 06/17/2024 | $122.33 | 929338 | | 06/17/2024 | $22.82 | 929338 |
| | 07/15/2024 | $22.83 | 930779 | | 07/15/2024 | $122.33 | 930779 |
| | 08/19/2024 | $122.32 | 932225 | | 08/19/2024 | $22.82 | 932225 |
| | 09/16/2024 | $23.56 | 933650 | | 09/16/2024 | $126.33 | 933650 |

**Chapter 13 Case # 19-28377**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| MERRICK BANK | | | | | | | |
| | 11/17/2021 | $29.18 | 881211 | | 12/13/2021 | $36.08 | 882830 |
| | 01/10/2022 | $36.07 | 884478 | | 02/14/2022 | $36.08 | 886192 |
| | 03/14/2022 | $36.07 | 887889 | | 04/18/2022 | $36.65 | 889625 |
| | 05/16/2022 | $36.64 | 891311 | | 06/20/2022 | $36.65 | 893016 |
| | 08/15/2022 | $36.64 | 896275 | | 05/15/2023 | $25.64 | 910490 |
| | 06/12/2023 | $44.89 | 911969 | | 07/17/2023 | $89.78 | 913493 |
| | 08/14/2023 | $44.90 | 915011 | | 10/16/2023 | $44.88 | 917981 |
| | 11/13/2023 | $88.34 | 919428 | | 01/08/2024 | $44.16 | 922208 |
| | 02/12/2024 | $44.18 | 923586 | | 03/11/2024 | $88.33 | 925021 |
| | 05/10/2024 | $44.17 | 927914 | | 06/17/2024 | $44.17 | 929363 |
| | 07/15/2024 | $44.17 | 930797 | | 08/19/2024 | $44.17 | 932248 |
| | 09/16/2024 | $45.61 | 933672 | | | | |
| MIDFIRST BANK | | | | | | | |
| | 06/21/2021 | $359.55 | 872008 | | 07/19/2021 | $365.39 | 873817 |
| | 08/16/2021 | $365.38 | 875502 | | 09/20/2021 | $365.38 | 877225 |
| | 10/18/2021 | $365.38 | 879011 | | 11/17/2021 | $809.09 | 880706 |
| | 09/19/2022 | $675.50 | 897359 | | 10/17/2022 | $675.50 | 899023 |
| | 11/14/2022 | $836.32 | 900595 | | 12/12/2022 | $836.32 | 902163 |
| | 01/09/2023 | $836.32 | 903653 | | 02/13/2023 | $836.32 | 905156 |
| | 03/13/2023 | $836.32 | 906776 | | 04/17/2023 | $836.32 | 908340 |
| | 05/15/2023 | $363.62 | 909971 | | | | |
| ONEMAIN | | | | | | | |
| | 04/20/2020 | $21.63 | 846404 | | 05/18/2020 | $211.12 | 848369 |
| | 06/15/2020 | $200.43 | 850050 | | 07/20/2020 | $205.99 | 851805 |
| | 08/17/2020 | $206.00 | 853689 | | 09/21/2020 | $205.99 | 855461 |
| | 11/16/2020 | $205.99 | 859170 | | 12/21/2020 | $205.99 | 860940 |
| | 01/11/2021 | $206.00 | 862831 | | 02/22/2021 | $411.99 | 864368 |
| | 04/19/2021 | $205.99 | 867899 | | 05/17/2021 | $295.83 | 869852 |
| | 06/21/2021 | $193.71 | 871612 | | 07/19/2021 | $196.86 | 873469 |
| | 08/16/2021 | $196.86 | 875153 | | 09/20/2021 | $196.86 | 876873 |
| | 10/18/2021 | $196.85 | 878666 | | 11/17/2021 | $435.91 | 880374 |
| | 11/17/2021 | $253.54 | 880374 | | 12/13/2021 | $313.42 | 882027 |
| | 01/10/2022 | $313.43 | 883668 | | 02/14/2022 | $313.41 | 885338 |
| | 03/14/2022 | $313.43 | 887072 | | 04/18/2022 | $318.37 | 888727 |
| | 05/16/2022 | $318.37 | 890492 | | 06/20/2022 | $318.38 | 892149 |
| | 08/15/2022 | $318.37 | 895476 | | 05/15/2023 | $222.79 | 909751 |
| | 06/12/2023 | $390.00 | 911202 | | 07/17/2023 | $780.01 | 912727 |
| | 08/14/2023 | $389.97 | 914257 | | 10/16/2023 | $390.00 | 917259 |
| | 11/13/2023 | $767.48 | 918682 | | 01/08/2024 | $383.75 | 921524 |
| | 02/12/2024 | $383.73 | 922849 | | 03/11/2024 | $767.49 | 924318 |
| | 05/10/2024 | $383.73 | 927233 | | 06/17/2024 | $383.74 | 928596 |
| | 07/15/2024 | $383.75 | 930114 | | 08/19/2024 | $383.74 | 931506 |
| | 09/16/2024 | $396.26 | 933002 | | | | |

**Chapter 13 Case # 19-28377**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| QUANTUM3 GROUP LLC | | | | | | |
| | 11/17/2021 | $7.98 | 8002525 | 12/13/2021 | $9.85 | 8002578 |
| | 01/10/2022 | $9.86 | 8002630 | 02/14/2022 | $9.86 | 8002680 |
| | 03/14/2022 | $9.86 | 8002734 | 04/18/2022 | $10.01 | 8002787 |
| | 05/16/2022 | $10.02 | 8002840 | 06/20/2022 | $10.01 | 8002894 |
| | 08/15/2022 | $10.02 | 8002995 | 05/15/2023 | $7.01 | 8003469 |
| | 05/15/2023 | $44.57 | 8003469 | 06/12/2023 | $78.01 | 8003527 |
| | 06/12/2023 | $12.26 | 8003527 | 07/17/2023 | $24.53 | 8003578 |
| | 07/17/2023 | $156.01 | 8003578 | 08/14/2023 | $78.01 | 8003636 |
| | 08/14/2023 | $12.28 | 8003636 | 10/16/2023 | $12.26 | 8003758 |
| | 10/16/2023 | $78.01 | 8003758 | 11/13/2023 | $153.51 | 8003807 |
| | 11/13/2023 | $24.15 | 8003807 | 01/08/2024 | $12.06 | 8003907 |
| | 01/08/2024 | $76.76 | 8003907 | 02/12/2024 | $76.76 | 8003949 |
| | 02/12/2024 | $12.08 | 8003949 | 03/11/2024 | $24.13 | 8003992 |
| | 03/11/2024 | $153.51 | 8003992 | 05/10/2024 | $76.75 | 8004087 |
| | 05/10/2024 | $12.08 | 8004087 | 06/17/2024 | $12.07 | 8004132 |
| | 06/17/2024 | $76.76 | 8004132 | 07/15/2024 | $76.76 | 8004173 |
| | 07/15/2024 | $12.06 | 8004173 | 08/19/2024 | $12.08 | 8004214 |
| | 08/19/2024 | $76.75 | 8004214 | 09/16/2024 | $79.26 | 8004252 |
| | 09/16/2024 | $12.46 | 8004252 | | | |
| QUANTUM3 GROUP LLC AS AGENT FOR | | | | | | |
| | 11/17/2021 | $50.71 | 881397 | 12/13/2021 | $62.70 | 883030 |
| | 01/10/2022 | $62.69 | 884677 | 02/14/2022 | $62.69 | 886398 |
| | 03/14/2022 | $62.69 | 888089 | 04/18/2022 | $63.68 | 889827 |
| | 05/16/2022 | $63.68 | 891503 | 06/20/2022 | $63.69 | 893219 |
| | 08/15/2022 | $63.67 | 896464 | | | |
| SANTANDER CONSUMER USA INC. | | | | | | |
| | 04/20/2020 | $6.44 | 847532 | 05/18/2020 | $62.81 | 849353 |
| | 06/15/2020 | $59.63 | 851037 | 07/20/2020 | $61.28 | 852884 |
| | 08/17/2020 | $61.28 | 854722 | 09/21/2020 | $61.28 | 856585 |
| | 11/16/2020 | $61.28 | 860205 | 12/21/2020 | $61.28 | 862057 |
| | 01/11/2021 | $61.28 | 863751 | 02/22/2021 | $122.57 | 865580 |
| | 04/19/2021 | $61.28 | 869099 | 05/17/2021 | $88.01 | 870951 |
| | 06/21/2021 | $57.63 | 872778 | 07/19/2021 | $58.56 | 874527 |
| | 08/16/2021 | $58.57 | 876231 | 09/20/2021 | $58.56 | 878008 |
| | 10/18/2021 | $58.57 | 879739 | 11/17/2021 | $129.68 | 881436 |

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: October 08, 2024.

Receipts: $45,740.00    -    Paid to Claims: $38,798.61    -    Admin Costs Paid: $6,100.64    =    Funds on Hand: $840.75

Unpaid Balance to Claims: $185.47    +    Unpaid Trustee Comp: $0.00    =    Total Unpaid Balance: **($655.28)

**NOTE**: THIS IS AN APPROXIMATE BALANCE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.