| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Robbin Lynn Tracy <br> First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–4046 <br> EIN   __–_____ |
| Debtor 2 <br> (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   ____ <br> EIN   __–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 19–28377–SLM | |

# Order of Discharge    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Robbin Lynn Tracy

<u>11/15/24</u>                                                            **By the court:** <u>Stacey L. Meisel</u>
                                                                                                       United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 19-28377-SLM
Robbin Lynn Tracy                                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                      User: admin                      Page 1 of 3
Date Rcvd: Nov 15, 2024              Form ID: 3180W              Total Noticed: 43

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robbin Lynn Tracy, 6 Foley Drive, Newton, NJ 07860-6747 |
| 518481211 | + | 1st Crd Srvc, 377 Hoes Lane, Piscataway, NJ 08854-4138 |
| 518481220 | | Crunch Fitness Stanhope, 110 NJ -183, Stanhope, NJ 07874 |
| 518481223 | + | Jason Titsworth, 6 Foley Drive, Newton, NJ 07860-6747 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 15 2024 21:07:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 15 2024 21:07:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: AISACG.COM | Nov 16 2024 01:38:00 | Capital One Auto Finance, Attn AIS Portfolio Services, LP, 4515 N. Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| cr | ^ | MEBN | Nov 15 2024 20:54:06 | Home Point Financial Corporation, D Anthony Sottile, Authorized Agent, 394 Wards Corner Road, Suite 180, Loveland, OH 45140-8362 |
| cr | ^ | MEBN | Nov 15 2024 20:56:16 | Orion, c/o PRA Receivables Management LLC, POB 41021, Norfolk, VA 23541-1021 |
| 518481212 | + | EDI: BANKAMER | Nov 16 2024 01:38:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 518574153 | + | EDI: BANKAMER2 | Nov 16 2024 01:38:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518481213 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 15 2024 21:00:33 | Capital Bank,n.a., 1 Church St Ste 100, Rockville, MD 20850-4158 |
| 518481214 | + | EDI: CAPONEAUTO.COM | Nov 16 2024 01:38:00 | Capital One Auto Finan, Po Box 259407, Plano, TX 75025-9407 |
| 518494201 | + | EDI: AISACG.COM | Nov 16 2024 01:38:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518518701 | + | EDI: AISACG.COM | Nov 16 2024 01:38:00 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 518552964 | + | EDI: AIS.COM | Nov 16 2024 01:38:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518481215 | + | EDI: CAPITALONE.COM | Nov 16 2024 01:38:00 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |

Case 19-28377-SLM    Doc 77    Filed 11/17/24    Entered 11/18/24 00:18:06    Desc Imaged
                               Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 15, 2024 | Form ID: 3180W | Total Noticed: 43 |

| | | | | |
|---|---|---|---|---|
| 518481216 | + | EDI: PHINGENESIS | Nov 16 2024 01:38:00 | Cb Indigo/gf, Po Box 4499, Beaverton, OR 97076-4499 |
| 518481218 | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 15 2024 21:07:00 | Chrysler Capital, Po Box 961275, Fort Worth, TX 76161-0275 |
| 518481219 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 15 2024 21:15:01 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 518481226 | | EDI: CITICORP | Nov 16 2024 01:38:00 | Macys/dsnb, Po Box 8218, Mason, OH 45040 |
| 518481217 | | Email/Text: BNSFN@capitalsvcs.com | Nov 15 2024 21:05:00 | Ccs/first National Ban, 500 East 60th St North, Sioux Falls, SD 57104 |
| 518481221 | + | EDI: AMINFOFP.COM | Nov 16 2024 01:38:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 518481222 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 15 2024 21:05:00 | Home Point Financial C, 11511 Luna Road, Suite 200, Farmers Branch, Texas 75234-6451 |
| 518512286 | ^ | MEBN | Nov 15 2024 20:54:05 | Home Point Financial Corporation, c/o D. Anthony Sottile, Authorized Agent, 394 Wards Corner Road, Suite 180, Loveland, OH 45140-8362 |
| 518603422 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 15 2024 21:05:00 | Home Point Financial Corporation, 11511 Luna Road, Suite 300, Farmers Branch, TX 75234-6451 |
| 518481224 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 15 2024 21:04:00 | Kohls/capone, Po Box 3115, Milwaukee, WI 53201-3115 |
| 518602324 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 15 2024 21:00:18 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518481225 | + | EDI: LENDNGCLUB | Nov 16 2024 01:38:00 | Lending Club Corp, 595 Market Street, San Francisco, CA 94105-2802 |
| 518563594 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 15 2024 21:00:04 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518481227 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 15 2024 21:14:50 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 519239365 | + | EDI: AISMIDFIRST | Nov 16 2024 01:38:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6077, MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 519239364 | + | EDI: AISMIDFIRST | Nov 16 2024 01:38:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 518504764 | + | EDI: AGFINANCE.COM | Nov 16 2024 01:38:00 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 518481228 | + | EDI: AGFINANCE.COM | Nov 16 2024 01:38:00 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 518483421 | ^ | MEBN | Nov 15 2024 20:56:16 | Orion, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518573995 | + | EDI: JEFFERSONCAP.COM | Nov 16 2024 01:38:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518710534 | | EDI: Q3G.COM | Nov 16 2024 01:38:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518589678 | | EDI: Q3G.COM | Nov 16 2024 01:38:00 | Quantum3 Group LLC as agent for, Bluestem and SCUSA, PO Box 788, Kirkland, WA 98083-0788 |
| 518710535 | + | EDI: Q3G.COM | Nov 16 2024 01:38:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA |

Case 19-28377-SLM    Doc 77    Filed 11/17/24    Entered 11/18/24 00:18:06    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 15, 2024 | Form ID: 3180W | Total Noticed: 43 |

| | | | |
|---|---|---|---|
| 518579861 | EDI: Q3G.COM | Nov 16 2024 01:38:00 | 98083-0788, Quantum3 Group LLC as agent for, Sadino Funding LLC 98083-0788 |
| | | | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518511923 | + Email/Text: enotifications@santanderconsumerusa.com | Nov 15 2024 21:07:00 | Santander Consumer USA, Inc., d/b/a Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 518481229 | + EDI: BLUESTEM | Nov 16 2024 01:38:00 | Webbank/fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 39

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2024        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Dean G. Sutton | on behalf of Debtor Robbin Lynn Tracy dean@deansuttonlaw.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Marie-Ann Greenberg | on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com |
| Peter J. D'Auria | on behalf of U.S. Trustee U.S. Trustee Peter.J.D'Auria@usdoj.gov |
| Sindi Mncina | on behalf of Creditor Home Point Financial Corporation smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7