**Dean G. Sutton, Esquire**

**Attorney At Law**
**Board Certified**
**Consumer Bankruptcy Law**
**American Board of Certification**

-------------

***All Correspondence Must Be
Mailed To Delaware Address
Or Emailed To**
dean@deansuttonlaw.com
**(973)729-8121**

*NEW JERSEY OFFICE*
**181 New Road, Suite 201**
**Parsippany, NJ 07054**

**DELAWARE MAILING ADDRESS*
**57 Buxton Circle**
**Magnolia, DE  19962**

December 10, 2024

<u>Sent Via E-Mail</u>

Honorable Stacey L. Meisel
US Bankruptcy Court
King Federal Building
50 Walnut Street, 3rd Floor
Newark, N.J. 07102

Reference:    Robbin Lynn Tracy
Case No. 19-28377-SLM
Motion to Withdraw as Attorney for the Debtor(s)
Hearing Date: December 11, 2024 @ 10:00 a.m.

Dear Judge Meisel,

  Please be advised that in a review of PACER I found that there is no opposition in regard to the above referenced matter.

  Therefore, I believe this matter can be decided on the papers, and Counsel for the Debtor will not be in attendance at this hearing.

  Thank you for your courtesies.

                Respectfully submitted,
                /s/Dean G. Sutton
                Dean G. Sutton

DGS/st
cc: Marie-Ann Greenberg, Trustee