UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Dean G. Sutton, Esq.
57 Buxton Circle
Magnolia, DE  19962
(973) 729-8121
dean@deansuttonlaw.com
Attorney for Debtor(s)

**Order Filed on December 12, 2024
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Robbin Lynn Tracy

Case No.:  19-28377-SLM

Chapter:   13

Hearing Date:  December 11, 2024

Judge:  SLM

ORDER RELIEVING DEBTOR'S COUNSEL

The relief set forth on the following pages, numbered two (2) through two (2) is
hereby **ORDERED**.

DATED: December 12, 2024

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2
Debtor:   Robbin Lynn Tracy
Case No.   19-28377-SLM
Caption of Order:  Order Relieving Debtor's Counsel


This matter having been opened to the Court by Dean G. Sutton, Esq., and

Dean G. Sutton having appeared and good cause having been shown;


IT IS ORDERED, that Dean G. Sutton, Esquire is relieved as counsel for the

Debtor(s).